16-2020-CA-005971-XXXX-MA Div: CV-G

Filing # 115264886 E-Filed 10/20/2020 11:14:47 AM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

**RUBEN REYES CRUZ**, an individual, and **REBECA CASTRO CUADRADO**, an individual,

    Plaintiffs,

vs.

**GEICO GENERAL INSURANCE COMPANY,** a Foreign Profit Corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, RUBEN REYES CRUZ and REBECA CASTRO CUADRADO, sue the Defendant, GEICO GENERAL INSURANCE COMPANY ("GEICO"), and allege:

### COMMON ALLEGATIONS TO ALL COUNTS

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

2. At all times material hereto, including January 11, 2020, Plaintiff, RUBEN REYES CRUZ, was a resident of Jacksonville, Duval County, Florida.

3. At all times material hereto, including January 11, 2020, Plaintiff, REBECA CASTRO CUADRADO, was a resident of Jacksonville, Duval County, Florida.

4. At all times material hereto, including January 11, 2020, Defendant, GEICO, was and remains a foreign profit corporation:

    a. doing business, including the solicitation and sale of policies of motor vehicle

insurance, within the State of Florida, and specifically in Duval County, Florida; and/or

b.  which maintained an office, an agent, and/or a representative in Duval County, Florida.

5.  On or about January 11, 2020, Plaintiff, RUBEN REYES CRUZ, operated and/or maintained a 2007 Honda Odyssey motor vehicle bearing Florida tag no. "ZG59N" southbound on Rampart Road at or near the intersection with Grey Fox Lane in Jacksonville, Duval County, Florida.

6.  On or about January 11, 2020, Plaintiff, REBECA CASTRO CUADRADO, was a passenger in the 2007 Honda Odyssey motor vehicle described above traveling southbound on Rampart Road at or near the intersection with Grey Fox Lane in Jacksonville, Duval County, Florida.

7.  On or about January 11, 2020, an individual named K.R.C., a minor, operated and/or maintained a 2016 Hyundai Tucson motor vehicle southbound on Rampart Road at or near the intersection with Grey Fox Lane in Jacksonville, Duval County, Florida.

8.  On or about January 11, 2020, at the place described above, K.R.C., a minor, negligently operated and/or negligently maintained the 2016 Hyundai Tucson motor vehicle so as to cause a collision with the 2007 Honda Odyssey motor vehicle Plaintiff, RUBEN REYES CRUZ, was operating and Plaintiff, REBECA CASTRO CUADRADO, was occupying.

<u>**COUNT I**</u>
**(RUBEN REYES CRUZ v. GEICO GENERAL INSURANCE COMPANY)**

9.  Plaintiff, RUBEN REYES CRUZ, realleges and reaffirms Paragraphs 1-8 set forth above.

10. On or about January 11, 2020, at the place described above, K.R.C., a minor, negligently operated and/or negligently maintained the 2016 Hyundai Tucson motor vehicle so as to cause a collision with the 2007 Honda Odyssey motor vehicle Plaintiff, RUBEN REYES CRUZ, was operating.

11. As a direct and proximate result of the foregoing negligence, Plaintiff, RUBEN REYES CRUZ, suffered bodily injury resulting in pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability, and the Plaintiff will continue to suffer the losses in the future.

12. Prior to January 11, 2020, Plaintiff, RUBEN REYES CRUZ, purchased an insurance policy (policy number 4527892527) from Defendant, GEICO, which provided, inter alia, uninsured/underinsured motorist benefits. Defendant, GEICO, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

13. At the time of the aforesaid collision, K.R.C., a minor, was an uninsured/underinsured motorist, as that term is defined in automobile policy number 4527892527 and §627.727, Florida Statutes, and as applicable case law interprets same.

14. Plaintiff, RUBEN REYES CRUZ, has furnished Defendant, GEICO, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, GEICO, has denied that coverage exists and/or refused to pay Plaintiff, RUBEN REYES CRUZ, for the full value of the claim.

15. Plaintiff, RUBEN REYES CRUZ, has complied with all conditions precedent to the filing of this action.

**WHEREFORE**, Plaintiff, RUBEN REYES CRUZ, demands judgment against Defendant, GEICO GENERAL INSURANCE COMPANY, for damages, costs of this action, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

## COUNT II
### (REBECA CASTRO CUADRADO v. GEICO GENERAL INSURANCE COMPANY)

16. Plaintiff, REBECA CASTRO CUADRADO, realleges and reaffirms Paragraphs 1–8 set forth above.

17. On or about January 11, 2020, at the place described above, K.R.C., a minor, negligently operated and/or negligently maintained the 2016 Hyundai Tucson motor vehicle so as to cause a collision with the 2007 Honda Odyssey motor vehicle Plaintiff, REBECA CASTRO CUADRADO, was occupying.

18. As a direct and proximate result of the foregoing negligence, Plaintiff, REBECA CASTRO CUADRADO, suffered bodily injury resulting in pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability, and the Plaintiff will continue to suffer the losses in the future.

19. Prior to January 11, 2020, an insurance policy (policy number 4527892527) was purchased from Defendant, GEICO, which provided, inter alia, uninsured/underinsured motorist

benefits to Plaintiff, REBECA CASTRO CUADRADO. Defendant, GEICO, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

20. At the time of the aforesaid collision, K.R.C., a minor, was an uninsured/underinsured motorist, as that term is defined in automobile policy number 4527892527 and §627.727, Florida Statutes, and as applicable case law interprets same.

21. Plaintiff, REBECA CASTRO CUADRADO, has furnished Defendant, GEICO, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, GEICO, has denied that coverage exists and/or refused to pay Plaintiff, REBECA CASTRO CUADRADO, for the full value of the claim.

22. Plaintiff, REBECA CASTRO CUADRADO, has complied with all conditions precedent to the filing of this action.

WHEREFORE, Plaintiff, REBECA CASTRO CUADRADO, demands judgment against Defendant, GEICO GENERAL INSURANCE COMPANY, for damages, costs of this action, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiff's demand trial by jury of all issues so triable.

RESPECTFULLY submitted this 20th day of October, 2020.

                                **MORGAN & MORGAN**

                                */s/ Chelsea Ellis*
                                **CHELSEA L. ELLIS, ESQUIRE**
                                FBN 1002243
                                76 South Laura Street, Suite 1100
                                Jacksonville, FL 32202

Telephone: (904) 398-2722
Facsimile: (904) 366-7677
Primary Email: CEllis@forthepeople.com
Secondary Email: ATyler@forthepeople.com
Attorneys for Plaintiffs